██ In the Matter of ULFRIDE FANOR, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 83385.) [638 NYS2d 573] —Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, NeMoyer, J. (Appeal from Judgment of Court of Claims, NeMoyer, J.—Negligence.) Present—Pine, J. P., Lawton, Fallon, Callahan and Doerr, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY P., Appellant. [638 NYS2d 384] —Adjudication unanimously affirmed. Memorandum: Defendant appeals from an adjudication finding him guilty, after a jury trial, of robbery in the first degree in violation of Penal Law § 160.15 (4). From our review of the record, we conclude that the verdict is supported by legally sufficient evidence and is not against the weight of the evidence (see, People v Bleakley, 69 NY2d 490, 495). (Appeal from Adjudication of Supreme Court, Erie County, Forma, J.—Youthful Offender.) Present—Green, J. P., Fallon, Wesley, Davis and Boehm, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK DONOHUE, Appellant. [638 NYS2d 385] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Erie County Court, D'Amico, J.—Conspiracy, 2nd Degree.) Present—Green, J. P., Fallon, Wesley, Davis and Boehm, JJ.